JUNE 13, 2000

No. 99–9574 (99A948). IN RE BRYSON. Application for stay of execution of sentence of death, presented to JUSTICE BREYER,

and by him referred to the Court, denied. Petition for writ of habeas corpus denied.